# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS ROLLINS, | Case No. CV 08-7300-RSWL (JEM) |
| Petitioner, | **JUDGMENT** |
| v. | |
| SUPERIOR COURT OF LOS ANGELES, | |
| Respondent. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

**IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

DATED: 03-23-10

*RONALD S.W. LEW*
RONALD S. W. LEW
SENIOR, UNITED STATES DISTRICT JUDGE